PROB12A1          **UNITED STATES DISTRICT COURT**
                       **EASTERN DISTRICT OF CALIFORNIA**

**REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Offender Name:** | FAULKNER, Donald |
| **Docket Number:** | 1:04CR05077-1 |
| **Offender Address:** | Lindsay, California |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States Judge<br>Fresno, California |
| **Original Sentence Date:** | March 14, 2005 |
| **Original Offense:** | 43 CFR 8341.1(d) and CVC 14601.1(a) - Driving When Privilege is Suspended or Revoked.(CLASS A Misdemeanor) |
| **Original Sentence:** | 12 Months Probation; $25 Special Assessment; $200 Fine; Mandatory Testing. |
| **Special Conditions:** | Search and seizure, drug/alcohol treatment, drug testing, 150 hours community service, co-payment for treatment and testing services. |
| **Type of Supervision:** | Probation. |
| **Supervision Commenced:** | March 14, 2005. |
| **Assistant U.S. Attorney:** | Stanley A. Boone      **Telephone:** (559) 498-7442 |
| **Defense Attorney:** | Mark Lizarraga      **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None. |

RE:     FAULKNER, Donald
        Docket Number:   1:04CR05077-1
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1. XX NEW LAW VIOLATIONS**

**Details of alleged non-compliance:** On April 18, 2005, the probationer was arrested for being under the influence of a controlled substance (methamphetamine). He appeared in Tulare County Superior Court Case No. VCM144416 and was placed in the Drug Diversion Program for one year. He was required to attend and participate in weekly counseling sessions. He has now completed all requirements of that program and his case is to be dismissed on May 16 2006.

**United States Probation Officer Plan/Justification:** The probationer has derived substantial benefit from his participation in the Drug Diversion Program and has remained drug free. He has paid the $200 fine ordered in this case, completed 150 hours of community service, and complied with the drug treatment program. It is recommended the Court take no action in this matter and allow probation to terminate as scheduled on 03/13/06.

Respectfully submitted,

/s/ Rick C. Louviere for Dan L. Vianello

**DAN L. VIANELLO**
**Senior United States Probation Officer**
Telephone: (559) 734-0978

**DATED:**      March 07, 2006
                Visalia, California
                DLV:ljr


**REVIEWED BY:**     /s/ Rick C. Louviere
                     **RICK C. LOUVIERE**
                     **Supervising United States Probation Officer**

RE:     **FAULKNER, Donald**
        **Docket Number:   1:04CR05077-1**
        **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

(X     The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )    Submit a Request for Modifying the Conditions or Term of Supervision.

( )    Submit a Request for Warrant or Summons.

( )    Other:

IT IS SO ORDERED.

**Dated:     March 15, 2006**                         **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE